1

2                        UNITED STATES DISTRICT COURT

3                       NORTHERN DISTRICT OF CALIFORNIA

4

5   STEVEN WAYNE BONILLA,              Case Nos.   23-cv-3911-PJH

6                  Plaintiff,                      23-cv-3971-PJH

                                                   23-cv-4160-PJH
7            v.
                                                   23-cv-4163-PJH
8                                                  23-cv-4165-PJH
    SANTA CLARA COUNTY SUPERIOR
9   COURT et. al.,                                 23-cv-4167-PJH

10                 Defendants.                     23-cv-4169-PJH

                                                   23-cv-4170-PJH
11
                                                   23-cv-4172-PJH
12
                                         **ORDER DISMISSING MULTIPLE
13                                       CASES WITH PREJUDICE**

14

15        Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42

16   U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

17   petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

18   YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In

19   re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

20        Plaintiff presents nearly identical claims in these actions.  He names as

21   defendants various state courts and municipalities.  He seeks relief regarding his

22   underlying conviction or how his other cases were handled by the state and federal

23   courts.

24        To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

25   he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

26   "under imminent danger of serious physical injury" at the time he filed his complaint.  28

27   U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

28   No. 13-0951 CW.

United States District Court
Northern District of California

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The allegations in these complaints do not show that plaintiff was in imminent danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S. District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*, 828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with prejudice.

The clerk shall terminate all pending motions and close these cases.  The clerk shall return, without filing, any further documents plaintiff submits in these closed cases.

**IT IS SO ORDERED.**

Dated: August 28, 2023

   */s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge